ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Precision Standard, Inc. | ) ASBCA Nos. 59287, 59288, 59542 |
| | ) 60393, 60394 |
| | ) |
| Under Contract No. SPM4A7-12-M-7826 *et al.* | ) |

APPEARANCES FOR THE APPELLANT: Nancy M. Camardo, Esq.
Kevin M. Cox, Esq.
  Camardo Law Firm, P.C.
  Auburn, NY

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Edward R. Murray, Esq.
  Trial Attorney
  DLA Aviation
  Richmond, VA

## ORDER OF DISMISSAL

The disputes which are the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within 90 days of the date of this Order.

Dated: 2 December 2016

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59287, 59288, 59542, 60393, 60394, Appeals of Precision Standard, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals